1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    PAUL A. TURNER,                          No.  1:23-cv-01447-KES-CDB (PC)

12              Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO DISMISS
13         v.                                  ACTION FOR FAILURE TO STATE A
                                               CLAIM AND FAILURE TO OBEY COURT
14    C. AMEZCUA, et al.,                      ORDERS AND FAILURE TO PROSECUTE

15              Defendants.                     Doc. 20

16

17

18         Plaintiff Paul A. Turner is proceeding pro se and in forma pauperis in this action filed

19    pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge

20    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On July 8, 2024, the assigned magistrate judge issued a First Screening Order.  Doc. 19.

22    In the First Screening Order, the magistrate judge found that plaintiff had not pled cognizable

23    claims.  *Id.* at 10-12.  However, the magistrate judge found that leave to amend was not futile and

24    ordered plaintiff to, within 21 days, either (1) file a first amended complaint curing the

25    deficiencies identified in the First Screening Order; or (2) file a notice of voluntary dismissal

26    under Fed. R. Civ. P. 41(a)(1)(A)(i).  *Id.* at 12.  In the First Screening Order, plaintiff was

27    cautioned that failure to comply with the order could result in the dismissal of the case.  More

28

                                               1

1    than 21 days passed, and plaintiff failed to respond to the First Screening Order.

2          On August 19, 2024, the magistrate judge issued findings and recommendations to

3    dismiss this action for plaintiff's failure to state a claim upon which relief may be granted and

4    failure to obey court orders and to prosecute the action.  Doc. 20.  The findings and

5    recommendations were served on plaintiff and provided notice that any objections were to be

6    filed within fourteen (14).  *Id.* at 4.  Plaintiff has not filed objections and the time to do so has

7    passed.

8          In accordance with 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of

9    this case.  Having carefully reviewed the file, the court finds the findings and recommendations to

10   be supported by the record and by proper analysis.

11         Accordingly, it is HEREBY ORDERED that:

12   1.    The findings and recommendations issued on August 19, 2024 (Doc. 20) are

13         ADOPTED IN FULL;

14   2.    Plaintiff's complaint is DISMISSED without prejudice for failure to state a claim

15         and failure to obey court orders and prosecute this action; and

16   3.    The Clerk of the Court is directed to CLOSE this case.

17

18

19   IT IS SO ORDERED.

20   Dated:   November 2, 2024

21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                 2